JS-6

Douglas F. Galanter (SBN 93740)
NORRIS & GALANTER LLP
555 West 5th St., 31st Floor
Los Angeles, CA 90013
Telephone: 213.996.8476
Facsimile: 213.996.8475
dgalanter@norgallaw.com

Attorneys for Plaintiffs
Donald G. Norris and Patrick M. Sutton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. NORRIS and PATRICK M. SUTTON,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ANDRE DREYFUSS,<br><br>　　　　Defendant. | Case No. CV08-03694 GAF (FFMx)<br><br>**ORDER DISMISSING ACTION UNDER FED.R.CIV.P. 41(a) AND RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT**<br><br>**[Lodged Concurrently With Stipulation]** |

Having read and considered the stipulation of the parties to dismiss this action pursuant to their written settlement agreement executed on March 31, 2010 (the "Settlement Agreement") and good cause appearing therefor, it is

ORDERED that this action is dismissed with prejudice, pursuant to the Settlement Agreement and Fed.R.Civ.P. 41(a), each party to bear his own costs of suit and attorney's fees herein incurred. It is further

ORDERED that this Court retains jurisdiction to enforce any and all terms of the Settlement Agreement that remain to be performed by the parties, and to resolve any and all disputes that may arise under and from the Settlement Agreement.

Dated: April 27, 2010   _____
　　　　　　　　　　　　　　　　　Gary A. Fees
　　　　　　　　　　　　　　United States District Court Judge